UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jackson Ndoyo     Docket No. 5:23-CR-118-1D

### Petition for Action on Supervised Release

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jackson Ndoyo, who, upon a finding of guilty by a jury to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1349 and 1343, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 15, 2023, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jackson Ndoyo was released from custody on October 18, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Pursuant to the Judgment and Commitment Order, the defendant was ordered to pay a $100 special assessment and $153,683.49 restitution. The court also ordered that the defendant pay the monetary penalties in full immediately. At the commencement of supervision, the defendant was ordered to pay in installments of $250 per month to being 60 days after his release from prison. The restitution was joint and several with Edward Sheldon Whitaker (5:22-CR-257-1D), Schunda Coleman (5:22-CR-257-2D), and Quentin Allen Jackson (5:22-CR-180-1D).

As previously noted, the defendant was sentenced to a term of imprisonment. While incarcerated, he paid the $100 special assessment in full. On October 30, 2024, the defendant signed an agreement to pay his outstanding financial obligation at the rate of $250 per month, beginning on December 17, 2024. To date, he has paid $1,290 since his release from prison and still owes a balance of $152,493.49. Based on that payment plan, the defendant has arrearage of $1,140. When confronted about the delinquent payments, he advised that he is unable to make the $250 monthly payments because his current income is considerably lower than his income prior to incarceration. In response to the defendant's delinquent payments, he was directed to complete a financial statement. Based on a review of the financial statement, it is respectfully recommended that the defendant's monthly payments be reduced to installments of at least $150 beginning on October 1, 2025, until his financial status improves.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay to the Clerk of Court at least $150 per month beginning on October 1, 2025, and continuing each month until his financial obligation is paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Jackson Ndoyo
Docket No. 5:23-CR-118-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: August 26, 2025

## ORDER OF THE COURT

Considered and ordered this __27__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge